**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LEE RAMEY**                                                                       **PLAINTIFF**
**ADC #145718**

**V.**            **CASE NO. 1:10CV00015 JMM/BD**

**KEITH BOWERS, et al.**                                               **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Defendants Bowers, Wade, and Hicks are DISMISSED with prejudice; his claims against Defendant Jones are DISMISSED without prejudice; and his motion for leave to proceed *in forma paueris* (#1) is DENIED as moot. Further, the Court certifies that an appeal of the judgment in this matter would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 30th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE