# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LEE RAMEY**                                                            **PLAINTIFF**
**ADC #145718**

**V.**             **CASE NO. 1:10CV00015 JMM/BD**

**KEITH BOWERS, et al.**                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to Defendants Bowers, Wade, and Hicks, and WITHOUT PREJUDICE as to Defendant Jones.

IT IS SO ORDERED this 30th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE